IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| SHARON GOODEN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 12-00286-CV-W-DGK |
| CITY OF NORTH KANSAS CITY, MISSOURI, et al., | ) ) ) | |
| Defendants. | ) ) | |

## SUGGESTIONS IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE JOINT REPORT ON DISCOVERY CONFERENCE AND PROPOSED SCHEDULING ORDER

On May 18, 2012, this Court issued its Order (Doc. No. 31) setting July 2, 2012, as the deadline for the parties to file their Joint Proposed Scheduling Order and Discovery Plan. On June 18, 2012, Plaintiff (who is proceeding pro se) and Defendants' undersigned counsel had a telephone conversation, during which they discussed the content of the proposed pleading. On June 19, 2012, Defendants' counsel sent Plaintiff a letter (Exhibit A) which contained a copy of the Proposed Joint pleading, and asking Plaintiff to give her final approval to that document by signing it and returning it in a self-addressed, stamped envelope.

Defendants' counsel has not heard from Plaintiff since the June 19, 2012, letter was sent. Attempts to contact Plaintiff by telephone have been unsuccessful. In short, while Defendants' counsel believe the parties have reached agreement as to the content of the Joint Report, Defendants and their counsel have not been able to verify that belief with Plaintiff.

It is hoped that an enlargement of time of twenty (20) days (through and until July 23, 2012) will be sufficient for Plaintiff to execute and return to Defendants' counsel the proposed Joint

Report. As a result, Defendants seek an enlargement of time through and until July 23, 2012, in which to file that Joint Report with the Court.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


/s/ David S. Baker
DAVID S. BAKER, Mo. #30347
9393 W. 110th Street
Building 51, Suite 300
Overland Park, KS 66210
(913/339-6757) Fax: (913/339-6187)
E-mail: dbaker@fisherpatterson.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2012, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I have caused to be served on the following a true and correct copy of the above and foregoing by depositing same in the United States Mail, postage prepaid, on the 2nd day of July, 2012:

Sharon Gooden
P.O. Box 15301
Shawnee Mission, KS 66285
*Pro Se Plaintiff*


/s/ David S. Baker
DAVID S. BAKER