# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| SHARON GOODEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-00286-CV-W-DGK |
| | ) |
| CITY OF NORTH KANSAS CITY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is Defendants' Third Motion for Extension of Time to File Joint Report on Discovery Conference and Proposed Scheduling Order (Doc. 40). Defendants are requesting a third extension due to Plaintiff's failure to communicate with Defendants in finalizing the proposed scheduling order. Plaintiff is cautioned that failure to follow the Court's orders may result in this case being dismissed for failure to prosecute. It is hereby

ORDERED that Defendants shall file their proposed scheduling order on or before August 2, 2012. Plaintiff will be granted leave through and including August 6, 2012, within which to file any objections to the proposed dates. No further extensions shall be granted.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: July 31, 2012