IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SHARON GOODEN, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF NORTH KANSAS CITY, MISSOURI, et al., <br><br> Defendants. | Case No. 12-00286-CV-W-DGK |

## **CERTIFICATE OF SERVICE**

COME NOW Defendants City of North Kansas City and Clay County, by and through their undersigned counsel of record, and certify they have caused to be served on the parties the following:

*Defendants' Initial Rule 26(a)(1) Disclosure Statement*, together with a copy of this *Certificate of Service*, by depositing same in the United States Mail, postage prepaid, on the 28th day of August, 2012, to:

Sharon Gooden
P.O. Box 15301
Shawnee Mission, KS 66285
*Pro Se Plaintiff*

                                         Respectfully submitted,

                                         FISHER, PATTERSON, SAYLER & SMITH, LLP

                                         /s/ David S. Baker
                                         DAVID S. BAKER, Mo. #30347
                                         9393 W. 110th Street
                                         Building 51, Suite 300
                                         Overland Park, KS 66210
                                         (913/339-6757) Fax: (913/339-6187)
                                         E-mail: dbaker@fisherpatterson.com
                                         *Attorney for Defendants*