IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

SHARON GOODEN, }
                     Plaintiff, }
vs. }   12-00286-CV-W-DGK
}
CITY OF NORTH KANSAS CITY, et al }
                  Defendant. }

## MOTION FOR EXTENSION OF TIME TO JOIN ADDITIONAL PARTIES AND TO AMEND PLEADINGS

Plaintiff Sharon Gooden, requests that the court extend the time for me to join additional parties and to amend pleadings to October 3, 2012. In support, I say that:

1. The court scheduling and trial order stated that plaintiff should file motion to join additional parties and motion to amend pleadings on or before September 14, 2012.
2. I am overwhelmed by this process, and I am seeking assistant of counsel, which has been difficult to find.
3. Right now, I am talking to a lawyer who I think will accept to represent me in this case.
4. Before I file this motion, I called defendants' attorney, he agreed to my request for extension of time to join additional parties and amend pleadings until October 3, 2012.

WHEREFORE, I pray the court to grant my motion for extension of time to file motion to join additional parties and to amend pleadings to October 3, 2012.

_____
Sharon Gooden
P O Box 15301
Shawnee Mission KS 66285
Tel. (913) 709-4987
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

     I hereby certify that on September 13, 2012, the above and foregoing was deposited in the United States mail, postage prepaid, first class and addressed to: David S. Baker, attorney for the defendants, 9393 W 110th Street, Suite 300, Overland Park, KS 66210.

_____
Sharon Gooden